No brief has been filed on behalf of the appellant.

The record presents no exceptions to the court's charge or formal bills of exception.

We have considered the informal bills of exception appearing in the statement of facts and find no reversible error shown.

 In his motion for new trial, appellant suggests that his true name is Morris Harrell and that he was tried, indicted and convicted under the name of Morris Harold. Not having suggested his true name at the time he was called upon to plead to the indictment, appellant is in no position to urge a misnomer in the state's pleadings for the first time in his motion for new trial. Art. 495, V.A.C.C.P.

 Finding the evidence sufficient to sustain the conviction, the judgment is affirmed.

Opinion approved by the Court.

### Ex parte M. J. NATIONS.

### No. 29152.

Court of Criminal Appeals of Texas.

June 19, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

Relator, an inmate of the Texas Prison System, seeks his release by writ of habeas corpus, alleging that the sentence by virtue of which he is confined is void because the indictment upon which he was convicted charged him with the offense of statutory rape while the jury found him guilty of assault with intent to rape.

The offense of assault with intent to commit the crime of rape is a lesser and included offense to the offense of rape. Carr v. State, 158 Tex.Cr.R. 337, 255 S.W. 2d 870; Keeton v. State, 149 Tex.Cr.R. 27, 190 S.W.2d 820; and Schroeder v. State, 92 Tex.Cr.R. 7, 241 S.W. 169.

The relief prayed for in the writ of habeas corpus is denied.